**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: APPEAL BY CAROLYN B. WELSH FROM THE REPORT OF THE CONTROLLER OF CHESTER COUNTY, PENNSYLVANIA DATED JUNE 28, 2019 REQUESTING A SURCHARGE OF CHESTER COUNTY SHERIFF, CAROLYN B. WELSH | : : : : : : : : : : | No. 554 MAL 2020<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: MARGARET REIF, CHESTER COUNTY CONTROLLER | : : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.